UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANNA SAMPSON,

                      Plaintiff,                      **ORDER**

        -against-                              23 Civ. 2384 (KMK)(JCM)

CARRIAGE CONSTRUCTION CORP., and
EMPIRE PAVING & MASONRY, INC.,

                      Defendants.
------------------------------------------------------------x

------------------------------------------------------------x
SARAH LAWRENCE COLLEGE,

                      Cross-Claimant,

        -against-

CARRIAGE CONSTRUCTION CORP., and
EMPIRE PAVING & MASONRY, INC

                      Cross-Defendants,
------------------------------------------------------------x

At a conference held on March 8, 2023 in *Sampson v. Sarah Lawrence College*, 18 Civ. 7518 ("Original Case"), the Court directed the parties to file certain documents in the above-captioned action once the Original Case was severed. Accordingly, by July 14, 2023, Plaintiff is directed to file the following missing documentation in support of her default judgment: (1) a memorandum of law, and (2) a copy of the claim(s) to which no response has been made. In addition, by April 14, 2023, Cross-Claimant Sarah Lawrence College is directed to file a notice of voluntary dismissal of its counterclaims against Defendants/Cross-Defendants Carriage

Construction Corp. and Empire Paving & Masonry, Inc.

Dated:   March 24, 2023
         White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge
